# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Callahan, Jr., William E. | Eastern District of Wisconsin | 11/23/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-Time Re-called Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Room 714
517 E. Wisconsin Avenue
Milwaukee, WI 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 11/23/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 11/23/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Suntrust Bank | Mortgage on property, Hilton Head, S.C. | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 11/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank | B | Interest | J | T | | | | | |
| 2. BMO Harris Bank | A | Interest | J | T | | | | | |
| 3. BMO Harris Bank | | None | J | T | | | | | |
| 4. BMO Harris Bank | B | Interest | N | T | | | | | |
| 5. First Ottawa Bankshares, Inc (common) | B | Dividend | K | T | | | | | |
| 6. IRA @ US Bancorp Investments Inc.(H) | | | | | | | | | |
| 7. First American Class R Treasury Obligations | A | Dividend | J | T | | | | | |
| 8. American Funds-AMCAP Fund Class A | A | Dividend | L | T | | | | | |
| 9. American Fund-Income Fund of America Class A | B | Dividend | L | T | | | | | |
| 10. American Fund-Intermediate Bond Class A | A | Dividend | L | T | | | | | |
| 11. American Fund-Investment Co. of America Class A | B | Dividend | L | T | | | | | |
| 12. American Fund-Small Cap World Class A | A | Dividend | L | T | | | | | |
| 13. Property, Hilton Head, S.C. | | None | N | W | | | | | |
| 14. U.S. Bank, Milwaukee, Wisconsin | A | Interest | K | T | | | | | |
| 15. U.S. Bank, Milwaukee, Wisconsin | A | Interest | M | T | | | | | |
| 16. Northwestern Mutual Life Insurance Insurance Policy whole life NO | A | Dividend | K | T | | | | | |
| 17. Northwestern Mutual Life Insurance Policy whole life NO | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 11/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual Life Insurance Life Policy whole life NO | A | Dividend | K | T | | | | | |
| 19. Northwestern Mutual Life Insurance Policy whole life NO | A | Dividend | K | T | | | | | |
| 20. Northern Mutual Life Insurance policy whole life NO | A | Dividend | J | T | | | | | |
| 21. MERRILL LYNCH BEYOND BANKING ACCOUNT (H) | | | | | | | | | |
| 22. Merrill Lynch Bank Deposit Program in Bank of America NA | A | Interest | K | T | | | | | |
| 23. --STOCK (H) | | | | | | | | | |
| 24. AMCORE FINCL (common) | | None | J | T | | | | | |
| 25. APPLE COMPUTER (common) | A | Dividend | L | T | | | | | |
| 26. BRISTOL MYERS SQUIBB (common) | A | Dividend | K | T | | | | | |
| 27. DU PONT EI DE NEMOURS & CO (common) | A | Dividend | J | T | | | | | |
| 28. EMERSON ELEC CO (common) | A | Dividend | J | T | | | | | |
| 29. Alphabet, Inc. (common) | | None | K | T | | | | | |
| 30. JPM (common) | A | Dividend | K | T | | | | | |
| 31. UNITED TECH CORP (common) | A | Dividend | | | Distributed | 04/07/20 | K | C | |
| 32. Abbott Labs (common) | A | Dividend | J | T | | | | | |
| 33. Abbvie, Inc. SHS (common) | A | Dividend | J | T | | | | | |
| 34. Amazon Com. Inc., (common) | | None | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 11/23/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Facebook Inc. (common) | | None | K | T | | | | | |
| 36. Pfizer Inc. (common) | A | Dividend | J | T | | | | | |
| 37. Proctor & Gamble Co (common) | A | Dividend | K | T | | | | | |
| 38. Ebay, Inc. (common) | A | Dividend | J | T | | | | | |
| 39. Pay Pal Holdings, Inc. (common) | | None | K | T | | | | | |
| 40. Visa, Inc. (common) | A | Dividend | K | T | | | | | |
| 41. Corteva, Inc. (common) | A | Dividend | J | T | | | | | |
| 42. Carrier Global Corp (common) | A | Dividend | J | T | Spinoff<br>(from line 31) | 04/07/20 | J | | |
| 43. Raytheon Tcch Corp (common) | A | Dividend | J | T | Spinoff<br>(from line 31) | 04/07/20 | J | | |
| 44. Viatris Inc (common) | | None | J | T | Spinoff<br>(from line 36) | 11/16/20 | J | | |
| 45. Otis Worldwide Corp (common) | A | Dividend | J | T | Spinoff<br>(from line 31) | 04/07/20 | J | | |
| 46. MERRILL LYNCH JOINT HOST<br>ACCOUNT (H) | | | | | | | | | |
| 47. American Cap Inc Builder | B | Dividend | K | T | | | | | |
| 48. Ishares S&P 500 Index Fund | A | Dividend | K | T | | | | | |
| 49. Franklin Income Fund Adv Class | A | Dividend | J | T | | | | | |
| 50. T Rowe Price Blue Chip Growth Fund | A | Dividend | M | T | | | | | |
| 51. T Rowe Price New Hrzn Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Callahan, Jr., William E.** | 11/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Smead Value Fund | A | Dividend | K | T | | | | | |
| 53. Invesco Equity and Income Fund Y | A | Dividend | K | T | | | | | |
| 54. MFS Growth Fund Cl I | A | Dividend | K | T | | | | | |
| 55. Cohen & Steers Preferred SEC & Income | A | Dividend | J | T | | | | | |
| 56. Nuveen Santa Barbara Dividend Growth Fund | A | Dividend | J | T | | | | | |
| 57. Columbia Balanced FD Instl | A | Dividend | K | T | | | | | |
| 58. PARTNERSHIPS (H) | | | | | | | | | |
| 59. Rogers Center for Commerce East (P) | B | Distribution | | | Distributed | 05/20/20 | J | A | |
| 60. Rogers O'Hare Motor Terminal Limited (P) | | None | | | Distributed | 05/20/20 | J | A | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Callahan, Jr., William E.** | 11/23/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 59 and 60.  After final distributions these partnerships were closed

Part VII, Line 31. Noted as distribution, but more accurately should say spun off Items found in Part VII, Lines 42, 43 and 45.

| Name of Person Reporting | Date of Report |
|---|---|
| Callahan, Jr., William E. | 11/23/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William E. Callahan, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544